# Exhibit F

# Terms and Conditions

MakeReceipt is for entertainment, research and educational purposes ONLY. It is NOT intended for use for fraudulent purposes

SITE CONTENTS, OWNERSHIP, AND USE RESTRICTIONS
The information contained in this Site including all images, illustrations, designs, writings and other materials that appear herein are copyrights, trademarks, trade dress or other intellectual property owned, controlled, or licensed (all of which, collectively, are herein referred to as the "Contents") by MakeReceipt or are the property of their respective owners.
You may use the Site as part of your personal or business correspondence. You may not use the Site to send illegal, harmful, threatening, abusive, harassing, defamatory, hateful or other offensive material.
You may not use the Site to send or create unsolicited advertisements, spam, or junk digital services. Automated submission of digital services (including but not limited to information submitted using any bot, script, or macro) is not permitted.
Any other use of the Contents on this Site including reproduction for purposes other than as noted above, and including any reproduction, modification, distribution, or republication may violate copyright or trademark laws, and, without the prior written permission of MakeReceipt, is strictly prohibited.

DISCLAIMER OF WARRANTY
MAKERECEIPT PROVIDES THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OR CONDITIONS OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. ALTHOUGH MAKERECEIPT BELIEVES THE CONTENT TO BE ACCURATE, COMPLETE, AND CURRENT, MAKERECEIPT DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE ON THIS SITE IS ACCURATE, COMPLETE, OR CURRENT.
MakeReceipt does not guarantee that digital services, whether paid or free, will be delivered; nor does it guarantee that digital services will be delivered within a particular time period. We cannot guarantee that a digital service or digital asset will be delivered to the person for whom it is intended. You understand that digital service or digital asset information may be transmitted without encryption over the Internet and other telecommunications networks; and stored on our servers, and is not guaranteed to be private. You understand that MakeReceipt has no control over material sent via the digital service or digital asset site.
You agree to hold MakeReceipt harmless from any damages caused by usage of this site, damage to your computer or anything else you can think of. Use this Site at your own risk.

DISCLAIMER OF LIABILITY
IN NO EVENT SHALL MAKERECEIPT BE LIABLE FOR SPECIAL, INDIRECT, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, LOSS OF USE, DATA, FRAUD, OR PROFITS, WITHOUT REGARD TO THE FORM OF ANY ACTION, INCLUDING BUT NOT LIMITED TO CONTRACT, NEGLIGENCE, OR OTHER TORTIOUS ACTIONS, ALL ARISING OUT OF OR IN CONNECTION WITH THE USE, COPYING, OR DISPLAY OF THE CONTENTS OF THIS SITE OR FILES DOWNLOADED FROM IT.
In an effort to provide our customers with the most current information, MakeReceipt will, from time to time, make changes in the Contents and in the products or services described on this Site.

PRIVACY POLICY
MakeReceipt takes online privacy very seriously. We actively protect the privacy of users of our web sites and people who subscribe to our mailing lists.
Subscription Lists & Email Addresses -- To receive certain services such as mailing lists, you must provide us with your name and email address -- without it, we can't send you anything. We hold the names and email addresses of subscribers in the strictest confidence, and will not disclose specific subscriber information unless complying with legal process, preventing fraud or imminent harm, or ensuring the security of our network and services. Subscription lists can be accessed by only a few members of the MakeReceipt staff and are well protected against theft, tampering, and misuse. Aggregate information about subscription lists (such as the total number of subscribers) may be disclosed.
Web Server Usage -- MakeReceipt records information about how people access our web sites. This information includes your IP address (or the DNS name associated with it) and what web software you're using. Unless your IP address or its DNS name identifies you specifically, there's no way to use this connection information to identify a particular user. We may record information about queries submitted to our sites to better understand how people use our features. As with other web access, this information generally cannot be associated with any particular user; in any case, query information is not disclosed to anyone outside our staff. Aggregate information about the usage of MakeReceipt's web servers may be available to the public.
MakeReceipt web sites may use cookies to keep track of your online session.
Advertisments -- We reserve the right to allow third-party advertising companies to serve ads when you visit our website. These companies may use cookies to serve ads. They may also use information (not including your name, address, email address, or telephone number) about your visits to this and other websites in order to provide advertisements about goods and services of interest to you. If you would like more information about this practice and to know your choices about not having this information used by these companies, click here.
External Links -- The MakeReceipt web sites may contain numerous links to other sites. MakeReceipt cannot be responsible for the privacy practices of other organizations or the content of external web sites.

Privacy Policy Revisions -- MakeReceipt may revise this policy by updating this page. By using the MakeReceipt web sites, you agree to be bound by any such revisions and should therefore periodically visit this page to determine the policies to which you are bound.

PAYMENT POLICY
In order to utilize some MakeReceipt Services or product offerings, the user of such Services or product offerings must pay MakeReceipt either a recurring subscription, one-time, or other fees. In addition, the user is responsible for any state or local sales taxes associated with the Services or product offerings purchased.

BILLING AND PAYMENT
If you sign up for a MakeReceipt paid membership subscription, you agree to pay MakeReceipt all subscription charges associated with the plan you subscribe to as described on the Site at the time you subscribe and provide your payment information. You also authorize MakeReceipt to charge your chosen payment provider according to the terms of the plan to which you subscribe. The subscription period and the amount and frequency of the charges will vary depending on the subscription plan you select. MakeReceipt reserves the right to correct any errors or mistakes that it makes even if it has already requested or received payment.

To the extent you elect to purchase other Services or product offerings we may offer for a fee, you authorize MakeReceipt to charge your chosen payment provider for the Services and/or products you purchase. You agree that if MakeReceipt already has your credit card on file as a result of prior purchases you have made, we may charge that credit card for the additional Services/products you purchase.

AUTOMATIC SUBSCRIPTION RENEWAL AND CANCELLATION
MAKERECEIPT PAID MEMBERSHIP SUBSCRIPTIONS WILL CONTINUE INDEFINITELY UNTIL CANCELLED BY THE USER. AFTER YOUR INITIAL SUBSCRIPTION COMMITMENT PERIOD, AND AGAIN AFTER ANY SUBSEQUENT SUBSCRIPTION PERIOD, YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW FOR AN ADDITIONAL EQUIVALENT PERIOD AS THE SUBSCRIPTION TERM YOU ORIGINALLY SELECTED AND AT THE SUBSCRIPTION RATE AND FREQUENCY DISCLOSED TO YOU ON THE SITE WHEN YOU ORIGINALLY SUBSCRIBED, UNLESS OTHERWISE PROVIDED AT THE TIME YOU SUBSCRIBED. IF YOU SIGN UP FOR A PAYMENT PLAN THAT ALLOWS YOU TO BE CHARGED MONTHLY OR ANNUALLY OVER THE SUBSCRIPTION PERIOD AND YOU DECIDE TO CANCEL YOUR SUBSCRIPTION DURING THE SUBSCRIPTION PERIOD, YOU ACKNOWLEDGE AND AGREE THAT YOU WILL CONTINUE TO BE BILLED FOR THE SUBSCRIPTION ON A MONTHLY OR ANNUAL BASIS UNTIL ITS ORIGINALLY SCHEDULED EXPIRATION DATE.

You may cancel your paid membership subscription by following the instructions on your account settings page or contacting MakeReceipt's customer service department at (805) 364-2225 or info@MakeReceipt. If you cancel your subscription, you typically will be permitted to use your subscription until the end of your then-current subscription term. Your subscription will not be renewed after your then-current term expires, but your credit card will be charged, and you will be required to pay, any cancellation or other fees associated with your early termination and disclosed to you at the time you signed up for the subscription plan.

REFUND POLICY
In accordance with standard practice for online digital sales and our terms of sale for each transaction, we are unable to refund any payment after any purchase is made. This no refund policy is a result of the non-returnable nature of digital products.
Digital products sold via this website are like software purchases made at a store that are not refundable once opened. Once you have been granted access to the product (membership), upon payment, it has been subject to being "opened", utilized/read/viewed/listened to, and/or copied and it cannot be returned and therefore cannot be refunded. Access to your purchase is defined as having been granted as soon as your payment is completed.
All sales are final.

FAIR USAGE
Receipts are included in your Account and subject to a usage limit of 2,500 receipts generated per month, per Plan. Use of the Service in excess of 2,500 receipts per month is excessive use and is a violation of MakeReceipt Terms and Conditions. Once the receipts included in your Plan have been used, your account will be suspended for the balance of the month.
Please contact us for pricing tiers above 2,500 receipts per month.

TERMS OF USE REVISIONS
MakeReceipt may revise these terms of use by updating this posting. You agree that in the event any portion of these Site terms of use are found to be unenforceable, the remainder of these Site terms and conditions shall remain in full force and effect. By using this Site you agree to be bound by any such revisions and should therefore periodically visit this page to determine the then current terms of use to which you are bound.

# Terms and Conditions

SITE CONTENTS, OWNERSHIP, AND USE RESTRICTIONS
The information contained in this Site including all images, illustrations, designs, writings and other materials that appear herein are copyrights, trademarks, trade dress or other intellectual property owned, controlled, or licensed (all of which, collectively, are herein referred to as the "Contents") by ExpressExpense or are the property of their respective owners.
You may use the Site as part of your personal or business correspondence. You may not use the Site to send illegal, harmful, threatening, abusive, harassing, defamatory, hateful or other offensive material. You may not use the Site to send or create unsolicited advertisements, spam, or junk digital services. Automated submission of digital services (including but not limited to information submitted using any bot, script, or macro) is not permitted.
Any other use of the Contents on this Site including reproduction for purposes other than as noted above, and including any reproduction, modification, distribution, or republication may violate copyright or trademark laws, and, without the prior written permission of ExpressExpense, is strictly prohibited.

DISCLAIMER OF WARRANTY
EXPRESSEXPENSE PROVIDES THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OR CONDITIONS OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. ALTHOUGH EXPRESSEXPENSE BELIEVES THE CONTENT TO BE ACCURATE, COMPLETE, AND CURRENT, EXPRESSEXPENSE DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE ON THIS SITE IS ACCURATE, COMPLETE, OR CURRENT.
ExpressExpense does not guarantee that digital services, whether paid or free, will be delivered; nor does it guarantee that digital services will be delivered within a particular time period. We cannot guarantee that a digital service or digital asset will be delivered to the person for whom it is intended. You understand that digital service or digital asset information may be transmitted without encryption over the Internet and other telecommunications networks; and stored on our servers, and is not guaranteed to be private. You understand that ExpressExpense has no control over material sent via the digital service or digital asset site.
You agree to hold ExpressExpense harmless from any damages caused by usage of this site, damage to your computer or anything else you can think of. Use this Site at your own risk.

DISCLAIMER OF LIABILITY
IN NO EVENT SHALL EXPRESSEXPENSE BE LIABLE FOR SPECIAL, INDIRECT, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, LOSS OF USE, DATA, FRAUD, OR PROFITS, WITHOUT REGARD TO THE FORM OF ANY ACTION, INCLUDING BUT NOT LIMITED TO CONTRACT, NEGLIGENCE, OR OTHER TORTIOUS ACTIONS, ALL ARISING OUT OF OR IN CONNECTION WITH THE USE, COPYING, OR DISPLAY OF THE CONTENTS OF THIS SITE OR FILES DOWNLOADED FROM IT.
In an effort to provide our customers with the most current information, ExpressExpense will, from time to time, make changes in the Contents and in the products or services described on this Site.

PRIVACY POLICY
ExpressExpense takes online privacy very seriously. We actively protect the privacy of users of our web sites and people who subscribe to our mailing lists.
Subscription Lists & Email Addresses -- To receive certain services such as mailing lists, you must provide us with your name and email address -- without it, we can't send you anything. We hold the names and email addresses of subscribers in the strictest confidence, and will not disclose specific subscriber information unless complying with legal process, preventing fraud or imminent harm, or ensuring the security of our network and services. Subscription lists can be accessed by only a few members of the ExpressExpense staff and are well protected against theft, tampering, and misuse. Aggregate information about subscription lists (such as the total number of subscribers) may be disclosed.
Web Server Usage -- ExpressExpense records information about how people access our web sites. This information includes your IP address (or the DNS name associated with it) and what web software you're using. Unless your IP address or its DNS name identifies you specifically, there's no way to use this connection information to identify a particular user. We may record information about queries submitted to our sites to better understand how people use our features. As with other web access, this information generally cannot be associated with any particular user; in any case, query information is not disclosed to anyone outside our staff. Aggregate information about the usage of ExpressExpense's web servers may be available to the public.
ExpressExpense web sites may use cookies to keep track of your online session.
Advertisements -- We reserve the right to allow third-party advertising companies to serve ads when you visit our website. These companies may use cookies to serve ads. They may also use information (not including your name, address, email address, or telephone number) about your visits to this and other websites in order to provide advertisements about goods and services of interest to you. If you would like more information about this practice and to know your choices about not having this information used by these companies, click here.
External Links -- The ExpressExpense web sites may contain numerous links to other sites. ExpressExpense cannot be responsible for the privacy practices of other organizations or the content of external web sites.
Privacy Policy Revisions -- ExpressExpense may revise this policy by updating this page. By using the ExpressExpense web sites, you agree to be bound by any such revisions and should therefore periodically visit this page to determine the policies to which you are bound.



PAYMENT POLICY
In order to utilize some ExpressExpense Services or product offerings, the user of such Services or product offerings must pay ExpressExpense either a recurring subscription, one-time, or other fees. In addition, the user is responsible for any state or local sales taxes associated with the Services or product offerings purchased.

BILLING AND PAYMENT
If you sign up for a ExpressExpense paid membership subscription, you agree to pay ExpressExpense all subscription charges associated with the plan you subscribe to as described on the Site at the time you subscribe and provide your payment information. You also authorize ExpressExpense to charge your chosen payment provider according to the terms of the plan to which you subscribe. The subscription period and the amount and frequency of the charges will vary depending on the subscription plan you select. ExpressExpense reserves the right to correct any errors or mistakes that it makes even if it has already requested or received payment.

To the extent you elect to purchase other Services or product offerings we may offer for a fee, you authorize ExpressExpense to charge your chosen payment provider for the Services and/or products you purchase. You agree that if ExpressExpense already has your credit card on file as a result of prior purchases you have made, we may charge that credit card for the additional Services/products you purchase.

AUTOMATIC SUBSCRIPTION RENEWAL AND CANCELLATION
EXPRESSEXPENSE PAID MEMBERSHIP SUBSCRIPTIONS WILL CONTINUE INDEFINITELY UNTIL CANCELLED BY THE USER. AFTER YOUR INITIAL SUBSCRIPTION COMMITMENT PERIOD, AND AGAIN AFTER ANY SUBSEQUENT SUBSCRIPTION PERIOD, YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW FOR AN ADDITIONAL EQUIVALENT PERIOD AS THE SUBSCRIPTION TERM YOU ORIGINALLY SELECTED AND AT THE SUBSCRIPTION RATE AND FREQUENCY DISCLOSED TO YOU ON THE SITE WHEN YOU ORIGINALLY SUBSCRIBED, UNLESS OTHERWISE PROVIDED AT THE TIME YOU SUBSCRIBED. IF YOU SIGN UP FOR A PAYMENT PLAN THAT ALLOWS YOU TO BE CHARGED MONTHLY OR ANNUALLY OVER THE SUBSCRIPTION PERIOD AND YOU DECIDE TO CANCEL YOUR SUBSCRIPTION DURING THE SUBSCRIPTION PERIOD, YOU ACKNOWLEDGE AND AGREE THAT YOU WILL CONTINUE TO BE BILLED FOR THE SUBSCRIPTION ON A MONTHLY OR ANNUAL BASIS UNTIL ITS ORIGINALLY SCHEDULED EXPIRATION DATE.

You may cancel your paid membership subscription by following the instructions on your account settings page or contacting ExpressExpense's customer service department at (805) 364-2225 or info@ExpressExpense. If you cancel your subscription, you typically will be permitted to use your subscription until the end of your then-current subscription term. Your subscription will not be renewed after your then-current term expires, but your credit card will be charged, and you will be required to pay, any cancellation or other fees associated with your early termination and disclosed to you at the time you signed up for the subscription plan.

REFUND POLICY
In accordance with standard practice for online digital sales and our terms of sale for each transaction, we are unable to refund any payment after any purchase is made. This no refund policy is a result of the non-returnable nature of digital products.
Digital products sold via this website are like software purchases made at a store that are not refundable once opened. Once you have been granted access to the product (membership), upon payment, it has been subject to being "opened", utilized/read/viewed/listened to, and/or copied and it cannot be returned and therefore cannot be refunded. Access to your purchase is defined as having been granted as soon as your payment is completed.
All sales are final.

API FAIR USAGE
Receipts are included in your Account and subject to a usage limit of 2,500 receipts generated per month, per Plan. Use of the API Service in excess of 2,500 receipts per month is excessive use and is a violation of ExpressExpense Terms and Conditions. Once the receipts included in your Plan have been used, your receipt API usage will be suspended for the balance of the month.
Please contact us for pricing tiers above 2,500 receipts per month.

TERMS OF USE REVISIONS
ExpressExpense may revise these terms of use by updating this posting. You agree that in the event any portion of these Site terms of use are found to be unenforceable, the remainder of these Site terms and conditions shall remain in full force and effect. By using this Site you agree to be bound by any such revisions and should therefore periodically visit this page to determine the then current terms of use to which you are bound.



SITE CONTENTS, OWNERSHIP, AND USE RESTRICTIONS

ExpenseFAST is for entertainment, research and educational purposes ONLY – NOT intended for use for fraudulent purposes.

The information contained in this Site including all images, illustrations, designs, writings and other materials that appear herein are copyrights, trademarks, trade dress or other intellectual property owned, controlled, or licensed (all of which, collectively, are herein referred to as the "Contents") by expenseFAST or are the property of their respective owners.

You may use the Site as part of your personal or business correspondence. You may not use the Site to send illegal, harmful, threatening, abusive, harassing, defamatory, hateful or other offensive material. You may not use the Site to send or create unsolicited advertisements, spam, or junk digital services. Automated submission of digital services (including but not limited to information submitted using any bot, script, or macro) is not permitted.

Any other use of the Contents on this Site including reproduction for purposes other than as noted above, and including any reproduction, modification, distribution, or republication may violate copyright or trademark laws, and, without the prior written permission of expenseFAST, is strictly prohibited.

DISCLAIMER OF WARRANTY

EXPENSEFAST PROVIDES THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OR CONDITIONS OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. ALTHOUGH EXPENSEFAST BELIEVES THE CONTENT TO BE ACCURATE, COMPLETE, AND CURRENT, EXPENSEFAST DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE ON THIS SITE IS ACCURATE, COMPLETE, OR CURRENT.

expenseFAST does not guarantee that digital services, whether paid or free, will be delivered; nor does it guarantee that digital services will be delivered within a particular time period. We cannot guarantee that a digital service or digital asset will be delivered to the person for whom it is intended. You understand that digital service or digital asset information may be transmitted without encryption over the Internet and other telecommunications networks; and stored on our servers, and is not guaranteed to be private. You understand that expenseFAST has no control over material sent via the digital service or digital asset site.

You agree to hold expenseFAST harmless from any damages caused by usage of this site, damage to your computer or anything else you can think of. Use this Site at your own risk.

DISCLAIMER OF LIABILITY

IN NO EVENT SHALL EXPENSEFAST BE LIABLE FOR SPECIAL, INDIRECT, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, LOSS OF USE, DATA, FRAUD, OR PROFITS, WITHOUT REGARD TO THE FORM OF ANY ACTION, INCLUDING BUT NOT LIMITED TO CONTRACT, NEGLIGENCE, OR OTHER TORTIOUS ACTIONS, ALL ARISING OUT OF OR IN CONNECTION WITH THE USE, COPYING, OR DISPLAY OF THE CONTENTS OF THIS SITE OR FILES DOWNLOADED FROM IT.

In an effort to provide our customers with the most current information, expenseFAST will, from time to time, make changes in the Contents and in the products or services described on this Site.

PRIVACY POLICY

expenseFAST takes online privacy very seriously. We actively protect the privacy of users of our web sites and people who subscribe to our mailing lists.

Subscription Lists & Email Addresses — To receive certain services such as mailing lists, you must provide us with your

name and email address — without it, we can't send you anything. We hold the names and email addresses of subscribers in the strictest confidence, and will not disclose specific subscriber information unless complying with legal process, preventing fraud or imminent harm, or ensuring the security of our network and services. Subscription lists can be accessed by only a few members of the expenseFAST staff and are well protected against theft, tampering, and misuse. Aggregate information about subscription lists (such as the total number of subscribers) may be disclosed.

Web Server Usage — expenseFAST records information about how people access our web sites. This information includes your IP address (or the DNS name associated with it) and what web software you're using. Unless your IP address or its DNS name identifies you specifically, there's no way to use this connection information to identify a particular user. We may record information about queries submitted to our sites to better understand how people use our features. As with other web access, this information generally cannot be associated with any particular user; in any case, query information is not disclosed to anyone outside our staff. Aggregate information about the usage of expenseFAST's web servers may be available to the public.

expenseFAST web sites may use cookies to keep track of your online session.

Advertisments — We reserve the right to allow third-party advertising companies to serve ads when you visit our website. These companies may use cookies to serve ads. They may also use information (not including your name, address, email address, or telephone number) about your visits to this and other websites in order to provide advertisements about goods and services of interest to you. If you would like more information about this practice and to know your choices about not having this information used by these companies, click here.

External Links — The expenseFAST web sites may contain numerous links to other sites. expenseFAST cannot be responsible for the privacy practices of other organizations or the content of external web sites.

Privacy Policy Revisions — expenseFAST may revise this policy by updating this page. By using the expenseFAST web sites, you agree to be bound by any such revisions and should therefore periodically visit this page to determine the policies to which you are bound.

PAYMENT POLICY

In order to utilize some expenseFAST Services or product offerings, the user of such Services or product offerings must pay expenseFAST either a recurring subscription, one-time, or other fees. In addition, the user is responsible for any state or local sales taxes associated with the Services or product offerings purchased.

BILLING AND PAYMENT

If you sign up for a expenseFAST paid membership subscription, you agree to pay expenseFAST all subscription charges associated with the plan you subscribe to as described on the Site at the time you subscribe and provide your payment information. You also authorize expenseFAST to charge your chosen payment provider according to the terms of the plan to which you subscribe. The subscription period and the amount and frequency of the charges will vary depending on the subscription plan you select. expenseFAST reserves the right to correct any errors or mistakes that it makes even if it has already requested or received payment.

To the extent you elect to purchase other Services or product offerings we may offer for a fee, you authorize expenseFAST to charge your chosen payment provider for the Services and/or products you purchase. You agree that if expenseFAST already has your credit card on file as a result of prior purchases you have made, we may charge that credit card for the additional Services/products you purchase.

AUTOMATIC SUBSCRIPTION RENEWAL AND CANCELLATION

EXPENSEFAST PAID MEMBERSHIP SUBSCRIPTIONS WILL CONTINUE INDEFINITELY UNTIL CANCELLED BY THE USER. AFTER YOUR INITIAL SUBSCRIPTION COMMITMENT PERIOD, AND AGAIN AFTER ANY SUBSEQUENT SUBSCRIPTION PERIOD, YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW FOR AN ADDITIONAL EQUIVALENT PERIOD AS THE SUBSCRIPTION TERM YOU ORIGINALLY SELECTED AND AT THE SUBSCRIPTION RATE AND FREQUENCY DISCLOSED TO YOU ON THE SITE WHEN YOU ORIGINALLY SUBSCRIBED, UNLESS OTHERWISE PROVIDED AT THE TIME YOU SUBSCRIBED. IF YOU SIGN UP FOR A PAYMENT PLAN THAT ALLOWS YOU TO BE CHARGED MONTHLY OR ANNUALLY OVER THE SUBSCRIPTION PERIOD AND YOU DECIDE TO

CANCEL YOUR SUBSCRIPTION DURING THE SUBSCRIPTION PERIOD, YOU ACKNOWLEDGE AND AGREE THAT YOU WILL CONTINUE TO BE BILLED FOR THE SUBSCRIPTION ON A MONTHLY OR ANNUAL BASIS UNTIL ITS ORIGINALLY SCHEDULED EXPIRATION DATE.

You may cancel your paid membership subscription by following the instructions on your account settings page or contacting expenseFAST's customer service department at (805) 364-2225 or info@expenseFAST. If you cancel your subscription, you typically will be permitted to use your subscription until the end of your then-current subscription term. Your subscription will not be renewed after your then-current term expires, but your credit card will be charged, and you will be required to pay, any cancellation or other fees associated with your early termination and disclosed to you at the time you signed up for the subscription plan.

REFUND POLICY

In accordance with standard practice for online digital sales and our terms of sale for each transaction, we are unable to refund any payment after any purchase is made. This no refund policy is a result of the non-returnable nature of digital products.

Digital products sold via this website are like software purchases made at a store that are not refundable once opened. Once you have been granted access to the product (membership), upon payment, it has been subject to being "opened", utilized/read/viewed/listened to, and/or copied and it cannot be returned and therefore cannot be refunded. Access to your purchase is defined as having been granted as soon as your payment is completed.

All sales are final.

TERMS OF USE REVISIONS

expenseFAST may revise these terms of use by updating this posting. You agree that in the event any portion of these Site

terms of use are found to be unenforceable, the remainder of these Site terms and conditions shall remain in full force and effect. By using this Site you agree to be bound by any such revisions and should therefore periodically visit this page to determine the then current terms of use to which you are bound.

Copyright 2025 expenseFAST



# Terms and Conditions

SITE CONTENTS, OWNERSHIP, AND USE RESTRICTIONS

The information contained in this Site including all images, illustrations, designs, writings and other materials that appear herein are copyrights, trademarks, trade dress or other intellectual property owned, controlled, or licensed (all of which, collectively, are herein referred to as the "Contents") by DocDesk or are the property of their respective owners.

DocDesk is for entertainment, research and educational purposes ONLY – NOT intended for use for fraudulent purposes.

You may use the Site as part of your personal or business correspondence. You may not use the Site to send illegal, harmful, threatening, abusive, harassing, defamatory, hateful or other offensive material. You may not use the Site to send or create unsolicited advertisements, spam, or junk digital services. Automated submission of digital services (including but not limited to information submitted using any bot, script, or macro) is not permitted.

Any other use of the Contents on this Site including reproduction for purposes other than as noted above, and including any reproduction, modification, distribution, or republication may violate copyright or trademark laws, and, without the prior written permission of DocDesk, is strictly prohibited.

DISCLAIMER OF WARRANTY

DOCDESK PROVIDES THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OR CONDITIONS OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. ALTHOUGH DocDesk BELIEVES THE CONTENT TO BE ACCURATE, COMPLETE, AND CURRENT, DocDesk DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE ON THIS SITE IS ACCURATE, COMPLETE, OR CURRENT.

DocDesk does not guarantee that digital services, whether paid or free, will be delivered; nor does it guarantee that digital services will be delivered within a particular time period. We cannot guarantee that a digital service or digital asset will be delivered to the person for whom it is intended. You understand that digital service or digital asset information may be transmitted without encryption over the Internet and other telecommunications networks; and stored on our servers, and is not guaranteed to be private. You understand that DocDesk has no control over material sent via the digital service or digital asset site.

You agree to hold DocDesk harmless from any damages caused by usage of this site, damage to your computer or anything else you can think of. Use this Site at your own risk.

DISCLAIMER OF LIABILITY

IN NO EVENT SHALL DOCDESK BE LIABLE FOR SPECIAL, INDIRECT, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, LOSS OF USE, DATA, FRAUD, OR PROFITS, WITHOUT REGARD TO THE FORM OF ANY ACTION, INCLUDING BUT NOT LIMITED TO CONTRACT, NEGLIGENCE, OR OTHER TORTIOUS ACTIONS, ALL ARISING OUT OF OR IN CONNECTION WITH THE USE, COPYING, OR DISPLAY OF THE CONTENTS OF THIS SITE OR FILES DOWNLOADED FROM IT.

In an effort to provide our customers with the most current information, DocDesk will, from time to time, make changes in the Contents and in the products or services described on this Site.

PRIVACY POLICY

DocDesk takes online privacy very seriously. We actively protect the privacy of users of our web sites and people who subscribe to our mailing lists.

Subscription Lists & Email Addresses — To receive certain services such as mailing lists, you must provide us with your name and email address — without it, we can't send you anything. We hold the names and email addresses of subscribers in the strictest confidence, and will not disclose specific subscriber information unless complying with legal process, preventing fraud or imminent harm, or ensuring the security of our network and services. Subscription lists can be accessed by only a few members of the DocDesk staff and are well protected against theft, tampering, and misuse. Aggregate information about subscription lists (such as the total number of subscribers) may be disclosed.

Web Server Usage — DocDesk records information about how people access our web sites. This information includes your IP address (or the DNS name associated with it) and what web software you're using. Unless your IP address or its DNS name identifies you specifically, there's no way to use this connection information to identify a particular user. We may record information about queries submitted to our sites to better understand how people use our features. As with other web access, this information generally cannot be associated with any particular user; in any case, query information is not disclosed to anyone outside our staff. Aggregate information about the usage of DocDesk's web servers may be available to the public.

DocDesk web sites may use cookies to keep track of your online session.

Advertisments — We reserve the right to allow third-party advertising companies to serve ads when you visit our website. These companies may use cookies to serve ads. They may also use information (not including your name, address, email address, or telephone number) about your visits to this and other websites in order to provide advertisements about goods and services of interest to you. If you would like more information about this practice and to know your choices about not having this information used by these companies, click here.

External Links — The DocDesk web sites may contain numerous links to other sites. DocDesk cannot be responsible for the privacy practices of other organizations or the content of external web sites.

Privacy Policy Revisions — DocDesk may revise this policy by updating this page. By using the DocDesk web sites, you agree to be bound by any such revisions and should therefore periodically visit this page to determine the policies to which you are bound.

PAYMENT POLICY

In order to utilize some DocDesk Services or product offerings, the user of such Services or product offerings must pay DocDesk either a recurring subscription, one-time, or other fees. In addition, the user is responsible for any state or local sales taxes associated with the Services or product offerings purchased.

BILLING AND PAYMENT

If you sign up for a DocDesk paid membership subscription, you agree to pay DocDesk all subscription charges associated with the plan you subscribe to as described on the Site at the time you subscribe and provide your payment information. You also authorize DocDesk to

charge your chosen payment provider according to the terms of the plan to which you subscribe. The subscription period and the amount and frequency of the charges will vary depending on the subscription plan you select. DocDesk reserves the right to correct any errors or mistakes that it makes even if it has already requested or received payment.

To the extent you elect to purchase other Services or product offerings we may offer for a fee, you authorize DocDesk to charge your chosen payment provider for the Services and/or products you purchase. You agree that if DocDesk already has your credit card on file as a result of prior purchases you have made, we may charge that credit card for the additional Services/products you purchase.

AUTOMATIC SUBSCRIPTION RENEWAL AND CANCELLATION

DOCDESK PAID MEMBERSHIP SUBSCRIPTIONS WILL CONTINUE INDEFINITELY UNTIL CANCELLED BY THE USER. AFTER YOUR INITIAL SUBSCRIPTION COMMITMENT PERIOD, AND AGAIN AFTER ANY SUBSEQUENT SUBSCRIPTION PERIOD, YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW FOR AN ADDITIONAL EQUIVALENT PERIOD AS THE SUBSCRIPTION TERM YOU ORIGINALLY SELECTED AND AT THE SUBSCRIPTION RATE AND FREQUENCY DISCLOSED TO YOU ON THE SITE WHEN YOU ORIGINALLY SUBSCRIBED, UNLESS OTHERWISE PROVIDED AT THE TIME YOU SUBSCRIBED. IF YOU SIGN UP FOR A PAYMENT PLAN THAT ALLOWS YOU TO BE CHARGED MONTHLY OR ANNUALLY OVER THE SUBSCRIPTION PERIOD AND YOU DECIDE TO CANCEL YOUR SUBSCRIPTION DURING THE SUBSCRIPTION PERIOD, YOU ACKNOWLEDGE AND AGREE THAT YOU WILL CONTINUE TO BE BILLED FOR THE SUBSCRIPTION ON A MONTHLY OR ANNUAL BASIS UNTIL ITS ORIGINALLY SCHEDULED EXPIRATION DATE.

You may cancel your paid membership subscription by following the instructions on your account settings page or contacting DocDesk's customer service department at (805) 364-2225 or info@DocDesk.co – If you cancel your subscription, you typically will be permitted to use your subscription until the end of your then-current subscription term. Your subscription will not be renewed after your then-current term expires, but your credit card will be charged, and you will be required to pay, any cancellation or other fees associated with your early termination and disclosed to you at the time you signed up for the subscription plan.

REFUND POLICY

In accordance with standard practice for online digital sales and our terms of sale for each transaction, we are unable to refund any payment after any purchase is made. This no refund

policy is a result of the non-returnable nature of digital products.

Digital products sold via this website are like software purchases made at a store that are not refundable once opened. Once you have been granted access to the product (membership), upon payment, it has been subject to being "opened", utilized/read/viewed/listened to, and/or copied and it cannot be returned and therefore cannot be refunded. Access to your purchase is defined as having been granted as soon as your payment is completed.

All sales are final.

## COPYRIGHT AND TRADEMARK CONCERNS

If you represent a company and do not want your receipt or invoice template displayed on DocDesk.co, send a removal request to **info@docdesk.co**. Removal requests will be processed promptly. If you believe your copyrighted material or trademarks are being infringed, please provide a description of the material, proof of ownership, and your contact details. DocDesk will address claims promptly.

## DISCLAIMER OF INTELLECTUAL PROPERTY LIABILITY

DocDesk templates include brand names, trademarks, and design elements for educational and research purposes. DocDesk does not claim ownership over third-party trademarks or copyrighted materials.

## FINAL ACKNOWLEDGMENT

By using DocDesk, you agree to these terms and assume full responsibility for the use of the system. You agree to resolve any disputes amicably or through appropriate legal channels.

## TERMS OF USE REVISIONS

DocDesk may revise these terms of use by updating this posting. You agree that in the event any portion of these Site terms of use are found to be unenforceable, the remainder of these Site terms and conditions shall remain in full force and effect. By using this Site you agree to be bound by any such revisions and should therefore periodically visit this page to determine the then current terms of use to which you are bound.



Create custom receipts, invoices and documents from a huge template library of templates.

## Let's Connect!

Connect with entrepreneurs, build your network, make great business.

## Important Links

Terms and Conditions

Privacy Policy

## Quick Links

Home

Receipt / Invoice Templates

Sign In

Get Started

Copyright © 2025 docdesk

Powered by docdesk

# Terms and Conditions

SITE CONTENTS, OWNERSHIP, AND USE RESTRICTIONS
The information contained in this Site including all images, illustrations, designs, writings and other materials that appear herein are copyrights, trademarks, trade dress or other intellectual property owned, controlled, or licensed (all of which, collectively, are herein referred to as the "Contents") by InvoiceWriter or are the property of their respective owners.
You may use the Site as part of your personal or business correspondence. You may not use the Site to send illegal, harmful, threatening, abusive, harassing, defamatory, hateful or other offensive material. You may not use the Site to send or create unsolicited advertisements, spam, or junk digital services. Automated submission of digital services (including but not limited to information submitted using any bot, script, or macro) is not permitted.
Any other use of the Contents on this Site including reproduction for purposes other than as noted above, and including any reproduction, modification, distribution, or republication may violate copyright or trademark laws, and, without the prior written permission of InvoiceWriter, is strictly prohibited.

DISCLAIMER OF WARRANTY
INVOICEWRITER PROVIDES THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OR CONDITIONS OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. ALTHOUGH INVOICEWRITER BELIEVES THE CONTENT TO BE ACCURATE, COMPLETE, AND CURRENT, INVOICEWRITER DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE ON THIS SITE IS ACCURATE, COMPLETE, OR CURRENT.
InvoiceWriter does not guarantee that digital services, whether paid or free, will be delivered; nor does it guarantee that digital services will be delivered within a particular time period. We cannot guarantee that a digital service or digital asset will be delivered to the person for whom it is intended. You understand that digital service or digital asset information may be transmitted without encryption over the Internet and other telecommunications networks; and stored on our servers, and is not guaranteed to be private. You understand that InvoiceWriter has no control over material sent via the digital service or digital asset site.
You agree to hold InvoiceWriter harmless from any damages caused by usage of this site, damage to your computer or anything else you can think of. Use this Site at your own risk.

DISCLAIMER OF LIABILITY
IN NO EVENT SHALL INVOICEWRITER BE LIABLE FOR SPECIAL, INDIRECT, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, LOSS OF USE, DATA, FRAUD, OR PROFITS, WITHOUT REGARD TO THE FORM OF ANY ACTION, INCLUDING BUT NOT LIMITED TO CONTRACT, NEGLIGENCE, OR OTHER TORTIOUS ACTIONS, ALL ARISING OUT OF OR IN CONNECTION WITH THE USE, COPYING, OR DISPLAY OF THE CONTENTS OF THIS SITE OR FILES DOWNLOADED FROM IT.
In an effort to provide our customers with the most current information, InvoiceWriter will, from time to time, make changes in the Contents and in the products or services described on this Site.

PRIVACY POLICY
InvoiceWriter takes online privacy very seriously. We actively protect the privacy of users of our web sites and people who subscribe to our mailing lists.
Subscription Lists & Email Addresses -- To receive certain services such as mailing lists, you must provide us with your name and email address -- without it, we can't send you anything. We hold the names and email addresses of subscribers in the strictest confidence, and will not disclose specific subscriber information unless complying with legal process, preventing fraud or imminent harm, or ensuring the security of our network and services. Subscription lists can be accessed by only a few members of the InvoiceWriter staff and are well protected against theft, tampering, and misuse. Aggregate information about subscription lists (such as the total number of subscribers) may be disclosed.
Web Server Usage -- InvoiceWriter records information about how people access our web sites. This information includes your IP address (or the DNS name associated with it) and what web software you're using. Unless your IP address or its DNS name identifies you specifically, there's no way to use this connection information to identify a particular user. We may record information about queries submitted to our sites to better understand how people use our features. As with other web access, this information generally cannot be associated with any particular user; in any case, query information is not disclosed to anyone outside our staff. Aggregate information about the usage of InvoiceWriter's web servers may be available to the public.
InvoiceWriter web sites may use cookies to keep track of your online session.
Advertisments -- We reserve the right to allow third-party advertising companies to serve ads when you visit our website. These companies may use cookies to serve ads. They may also use information (not including your name, address, email address, or telephone number) about your visits to this and other websites in order to provide advertisements about goods and services of interest to you. If you would like more information about this practice and to know your choices about not having this information used by these companies, click here.
External Links -- The InvoiceWriter web sites may contain numerous links to other sites. InvoiceWriter cannot be responsible for the privacy practices of other organizations or the content of external web sites.

Privacy Policy Revisions -- InvoiceWriter may revise this policy by updating this page. By using the InvoiceWriter web sites, you agree to be bound by any such revisions and should therefore periodically visit this page to determine the policies to which you are bound.

PAYMENT POLICY
In order to utilize some InvoiceWriter Services or product offerings, the user of such Services or product offerings must pay InvoiceWriter either a recurring subscription, one-time, or other fees. In addition, the user is responsible for any state or local sales taxes associated with the Services or product offerings purchased.

BILLING AND PAYMENT
If you sign up for a InvoiceWriter paid membership subscription, you agree to pay InvoiceWriter all subscription charges associated with the plan you subscribe to as described on the Site at the time you subscribe and provide your payment information. You also authorize InvoiceWriter to charge your chosen payment provider according to the terms of the plan to which you subscribe. The subscription period and the amount and frequency of the charges will vary depending on the subscription plan you select. InvoiceWriter reserves the right to correct any errors or mistakes that it makes even if it has already requested or received payment.

To the extent you elect to purchase other Services or product offerings we may offer for a fee, you authorize InvoiceWriter to charge your chosen payment provider for the Services and/or products you purchase. You agree that if InvoiceWriter already has your credit card on file as a result of prior purchases you have made, we may charge that credit card for the additional Services/products you purchase.

AUTOMATIC SUBSCRIPTION RENEWAL AND CANCELLATION
INVOICEWRITER PAID MEMBERSHIP SUBSCRIPTIONS WILL CONTINUE INDEFINITELY UNTIL CANCELLED BY THE USER. AFTER YOUR INITIAL SUBSCRIPTION COMMITMENT PERIOD, AND AGAIN AFTER ANY SUBSEQUENT SUBSCRIPTION PERIOD, YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW FOR AN ADDITIONAL EQUIVALENT PERIOD AS THE SUBSCRIPTION TERM YOU ORIGINALLY SELECTED AND AT THE SUBSCRIPTION RATE AND FREQUENCY DISCLOSED TO YOU ON THE SITE WHEN YOU ORIGINALLY SUBSCRIBED, UNLESS OTHERWISE PROVIDED AT THE TIME YOU SUBSCRIBED. IF YOU SIGN UP FOR A PAYMENT PLAN THAT ALLOWS YOU TO BE CHARGED MONTHLY OR ANNUALLY OVER THE SUBSCRIPTION PERIOD AND YOU DECIDE TO CANCEL YOUR SUBSCRIPTION DURING THE SUBSCRIPTION PERIOD, YOU ACKNOWLEDGE AND AGREE THAT YOU WILL CONTINUE TO BE BILLED FOR THE SUBSCRIPTION ON A MONTHLY OR ANNUAL BASIS UNTIL ITS ORIGINALLY SCHEDULED EXPIRATION DATE.

You may cancel your paid membership subscription by following the instructions on your account settings page or contacting InvoiceWriter's customer service department at (805) 364-2225 or info@InvoiceWriter. If you cancel your subscription, you typically will be permitted to use your subscription until the end of your then-current subscription term. Your subscription will not be renewed after your then-current term expires, but your credit card will be charged, and you will be required to pay, any cancellation or other fees associated with your early termination and disclosed to you at the time you signed up for the subscription plan.

REFUND POLICY
In accordance with standard practice for online digital sales and our terms of sale for each transaction, we are unable to refund any payment after any purchase is made. This no refund policy is a result of the non-returnable nature of digital products.
Digital products sold via this website are like software purchases made at a store that are not refundable once opened. Once you have been granted access to the product (membership), upon payment, it has been subject to being "opened", utilized/read/viewed/listened to, and/or copied and it cannot be returned and therefore cannot be refunded. Access to your purchase is defined as having been granted as soon as your payment is completed.
All sales are final.

TERMS OF USE REVISIONS
InvoiceWriter may revise these terms of use by updating this posting. You agree that in the event any portion of these Site terms of use are found to be unenforceable, the remainder of these Site terms and conditions shall remain in full force and effect. By using this Site you agree to be bound by any such revisions and should therefore periodically visit this page to determine the then current terms of use to which you are bound.