IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00121-NYW

UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC,

    Petitioners-Issuing Parties,

v.

EXPRESS DIGITAL SERVICES, LLC AND SHAWN GRAFT D/B/A EXPRESS DIGITAL SERVICES, LLC,

    Respondents-Subpoenaed Parties.

---

**RESPONDENTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PETITION**

---

    Respondents Express Digital Services, LLC and Shawn Graft respectfully move for an extension of time to respond to Petitioners' Petition. Good cause exists for this request.

    As set forth in the accompanying Declaration of Kelly Twigger, Respondents are nonparties to the underlying multidistrict litigation and have acted promptly and in good faith throughout the events giving rise to this dispute. Petitioners' investigator contacted

Respondents' principal on or about October 9, 2025, and Respondents retained counsel shortly thereafter. After Petitioners agreed to reissue a subpoena directed solely to Express Digital Services, LLC, Respondents produced documents responsive to that subpoena on October 26, 2025. (Twigger Decl. ¶¶ 4–7.)

On Friday, November 21, 2025, Respondents advised Petitioners that Respondents' principal would be unavailable due to international travel beginning on or about Thanksgiving and continuing through January 6, 2026. On or about December 2, 2025, Petitioners advised Respondents that they intended to seek judicial intervention regarding subpoena compliance, and Respondent's Counsel advised Petitioner's Counsel that she did not have authority to accept service since her client was unavailable until on or after January 6, 2026. (Id. ¶¶ 9–10.)

Petitioners filed the Petition in this Court on December 23, 2025, two days before Christmas. Despite the operative subpoena being directed solely to Express Digital Services, LLC, the Petition lists both Express Digital Services, LLC and Shawn Graft as Respondents. Petitioners attempted service by delivering materials to a virtual mailbox service used by Express Digital Services, LLC, and neither Respondent was personally served with the summons or Petition. (Id. ¶¶ 11–12.)

Because Respondents' principal was traveling internationally, the materials delivered to the virtual mailbox service were not retrieved until January 9, 2026. On that same day, the physical materials were delivered to counsel in person, and counsel

accepted service prospectively to eliminate any procedural dispute. (Id. ¶¶ 13–15.) Respondents have acted promptly since that time.

In addition, Petitioners initiated related proceedings before the Judicial Panel on Multidistrict Litigation ("JPML") concerning a potential transfer of this action. As described in the Declaration, Respondents did not receive notice of those proceedings during the applicable objection period through no fault of Respondents and are taking appropriate steps to address the resulting procedural posture. (Id. ¶¶ 15–16.) Respondents do not consent to transfer of this nonparty subpoena dispute under Federal Rule of Civil Procedure 45(f).

Under these circumstances, requiring Respondents to brief substantive issues while service issues are recent and the JPML posture remains unresolved would be inefficient and potentially unnecessary. This request is made in good faith, without prejudice to any party, and without waiving any objections to service, jurisdiction, venue, transfer, or the propriety or scope of the relief sought, including Respondents' right to seek cost-shifting and other protections under Federal Rule of Civil Procedure 45.

Respondents respectfully request that the Court extend Respondents' deadline to respond to the Petition until twenty-one (21) days after resolution of the JPML proceedings, or that the Court set a reasonable response date following resolution of the JPML proceedings. Respondents' Counsel agrees to provide the Court will notice immediately upon receipt of a ruling from the JPML.

Dated this 13th day of January, 2026.

Respectfully submitted,

*/s/ Kelly H. Twigger*
Kelly H. Twigger
ESI Attorneys LLC
2945 Juilliard Street
Boulder, CO 80305
720-370-0435
ktwigger@esiattorneys.com
*Counsel for Respondents*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00121-NYW

UBER TECHNOLOGIES, INC., RAISER, LLC, AND RAISER-CA, LLC,

    Petitioners-Issuing Parties,

v.

EXPRESS DIGITAL SERVICES, LLC AND SHAWN GRAFT D/B/A EXPRESS DIGITAL SERVICES, LLC,

    Respondents-Subpoenaed Parties.

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on this 13th day of January, 2026, I electronically filed RESPONDENTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION and DECLARATION OF KELLY H. TWIGGER using the CM/ECF system which will send notification of such filing to the following email addresses:

    Daniel Edward Rohner
    Shook Hardy & Bacon LLP
    1660 17th Street, Suite 450
    Denver, CO 80202
    Email: drohner@shb.com

    *s/Kelly H. Twigger*