# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC,<br><br>   *Petitioners-Issuing Parties*,<br><br> v.<br><br>Express Digital Services, LLC and Shawn Graft d/b/a Express Digital Services, LLC<br><br>   *Respondents- Subpoenaed Parties* | Case No. 1:25-mc-00121-NYW<br><br>Assigned to:<br>  Hon. Nina Y. Wang, U.S. District Judge<br><br>**Petitioners' Notice of Transfer by U.S. Judicial Panel on Multidistrict Litigation Pursuant to 28 U.S.C. § 1407** |
| *Subpoena relates to: In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 3:23-md-03084-CRB, MDL No. 3084, pending in the U.S. District Court for the Northern District of California before Hon. Charles R. Breyer* | |

## NOTICE OF TRANSFER

Petitioners Uber Technologies, Inc., Raiser, LLC, and Raiser-CA, LLC hereby provide notice to the Court that the U.S. Judicial Panel on Multidistrict Litigation (JPML) has transferred this miscellaneous subpoena enforcement action, pursuant to 28 U.S.C. § 1407, to the U.S. District Court for the Northern District of California to be adjudicated for all pretrial purposes with MDL No. 3084, *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, Case No. 3:23-md-03084-CRB ("Uber MDL").

On December 23, 2025, Petitioners filed a Notice of Potential Tag-Along Actions on the JPML docket for the Uber MDL concerning this action and served it to Respondents and their counsel. *See In re: Uber Technologies*, Dkt. No. 166 (U.S. J.P.M.L.). On January 5, 2026, the JPML issued a Conditional Transfer Order (CTO) pertaining to the transfer of this case to the Uber MDL. *See In re: Uber Technologies*, Dkt. No. 168 (U.S. J.P.M.L.) (Exhibit A). When no party filed a notice of objection to the CTO with the JPML within seven days, the JPML transferred this action to the MDL court—as reflected by both the JPML docket and MDL court docket for the Uber MDL. *See Uber MDL*, MDL No. 3084, Dkt. No. 171 (Jan. 13, 2026 U.S. J.P.M.L.) (Exhibit B); *Uber MDL*, Dkt. No. 4988 (Jan. 13, 2026 N.D. Cal.) (Exhibit C).

Under the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation,[1] Rule 7.1(h), "[Conditional Transfer Orders] are effective when filed with the clerk of the transferee district court." Because the CTO has been filed with the clerk of the MDL court,

---

[1] Available at https://www.jpml.uscourts.gov/sites/jpml/files/Panel%20Rules-Index_%20Copy-Effective-10-4-2016-Index-Update-10-2-2018.pdf.

-1-

**PETITIONERS' NOTICE OF TRANSFER**                                              Case No. 1:25-mc-00121-NYW

*see* Exhibit C, transfer of this action to the U.S. District Court for the Northern District of California is now effective.

Dated: January 13, 2026                     Respectfully submitted,

/s/ Daniel E. Rohner
Daniel E. Rohner
**SHOOK, HARDY & BACON L.L.P.**
1660 17th Street, Suite 450
Denver, CO 80202
Telephone: 303-285-5300
Facsimile: 303-285-5301
Email: drohner@shb.com

*Counsel for Petitioners Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was filed via the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System and via email to the following:

**ESI ATTORNEYS LLC**
Kelly Twigger
[ktwigger@esiattorneys.com](ktwigger@esiattorneys.com)
2945 Julliard Street
Boulder, CO 80305
Tel: (720) 370-0435

/s/ Daniel E. Rohner
Daniel E. Rohner