UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: UBER TECHNOLOGIES, INC., PASSENGER
SEXUAL ASSAULT LITIGATION

| | |
|---|---|
| Uber Technologies, Inc. et al v. Express Digital Services, LLC et al., D. Colorado, C.A. No. 1:25−00121 | MDL No. 3084 |

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Uber Technologies, Inc. et al.*) on January 5, 2026. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Uber Technologies, Inc. et al.* was lifted on January 13, 2026, and the action was transferred to the Northern District of California.

Respondents move to reinstate the stay of CTO-12 and to be allowed to oppose transfer of *Uber Technologies, Inc. et al.* to MDL No. 3084. The Panel is persuaded that the circumstances justify reinstatement of the conditional transfer order in order to permit respondents to pursue their opposition to transfer. Respondents have provided a copy of the notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-12" filed on January 5, 2026, is REINSTATED.

IT IS FURTHER ORDERED that respondents' notice of opposition is deemed filed as of the date of this order.

FOR THE PANEL:

*Marcella R. Lockert*
_____
Marcella R. Lockert
Acting Clerk of the Panel